Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Emily Williams**
Debtor(s)

Bankruptcy Case No.: 16−70002−JAD

Chapter: 13
Docket No.: 62 − 61

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 31st of March, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/3/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **5/12/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/3/21.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70002-JAD |
| Emily Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 1 of 4 |
| Date Rcvd: Mar 31, 2021 | Form ID: 408 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily Williams, 2080 Frankstown Road, Johnstown, PA 15902-4509 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14159186 | + | Acs/Brazos, 501 Bleecker St, Utica, NY 13501-2401 |
| 14159188 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14159191 | + | Cap1/Bontn, Po Box 15221, Wilmington, DE 19850-5221 |
| 14159203 | + | Enterprise Recovery Sy, 840 S Frontage Rd, Woodridge, IL 60517-4900 |
| 14171453 | + | Enterprise Recovery Systems, 840 S Frontage Rd, Woodridge, IL 60517-4900 |
| 14159205 | + | FNB Consumer Discount Co., PO BOX 1205, Somerset, PA 15501-0353 |
| 14159204 | + | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14992421 | + | Flagstar Bank, FSB as servicer for Lakeview Loan S, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14171454 | + | Fnb Consumer Disc Co, 118 S Center Ave, Somerset, PA 15501-2055 |
| 14159207 | + | Gmac Mortgage, 3451 Hammond Ave, Waterloo, IA 50702-5300 |
| 14159206 | + | Gmac Mortgage, Po Box 4622, Waterloo, IA 50704-4622 |
| 15017157 | | Lakeview Loan Servicing, LLC, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14159213 | | Pa St Cu, 1 Credit Union Place, Harrisburg, PA 17110-2912 |
| 14159221 | + | Wffnatlbnk, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14159187 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 01 2021 05:28:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14159192 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 01 2021 04:59:12 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14159189 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 01 2021 04:48:53 | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14159190 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 01 2021 04:38:39 | Cap1/Berpl, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 14163802 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 01 2021 04:48:53 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14159197 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2021 04:39:22 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14171448 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2021 04:39:25 | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 14159198 | + | Email/Text: kent.glassburn@ffbt.com | Apr 01 2021 05:28:00 | Citizens Natl Bank Of, 110 W Court St, Paris, IL 61944-1735 |

| ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 14159199 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 01 2021 05:28:00 | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14159200 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 01 2021 04:38:42 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14159201 | + Email/Text: mrdiscen@discover.com | Apr 01 2021 05:28:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14159202 | + Email/Text: dplbk@discover.com | Apr 01 2021 05:30:00 | Discover Personal Loan, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14171455 | + Email/PDF: gecsedi@recoverycorp.com | Apr 01 2021 04:38:35 | GE Money Bank, PO Box 103104, Roswell, GA 30076-9104 |
| 14159208 | + Email/Text: bankruptcy@huntington.com | Apr 01 2021 05:29:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14159209 | + Email/Text: bankruptcy@huntington.com | Apr 01 2021 05:29:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14159193 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 01 2021 04:59:09 | Chase - Pier 1, Po Box 15298, Wilmington, DE 19850 |
| 14159194 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 01 2021 04:59:08 | Chase Bp Prvt Lbl, Po Box 15298, Wilmington, DE 19850 |
| 14159195 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 01 2021 04:59:08 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14171447 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 01 2021 04:38:36 | Chase Mortgage, Po Box 24696, Columbus, OH 43224 |
| 14159196 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 01 2021 04:48:51 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14242257 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 01 2021 04:59:08 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, Mail Code: OH-7142, Columbus, OH 43219 |
| 14201027 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2021 04:38:59 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14162309 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2021 04:38:58 | LVNV Funding, LLC its successors and assigns as, assignee of Springleaf Financial, Services Of Indiana, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14159210 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2021 04:49:09 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14159211 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 01 2021 05:29:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14159212 | + Email/Text: bankruptcynotices@psecu.com | Apr 01 2021 05:30:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14164705 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 01 2021 04:59:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14159214 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 01 2021 04:59:20 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14171464 | Email/PDF: cbp@onemainfinancial.com | Apr 01 2021 04:48:36 | Springleaf Financial S, 2720 Old Route 220 N, Altoona, PA 16601 |
| 14159217 | Email/PDF: cbp@onemainfinancial.com | Apr 01 2021 04:38:30 | Springleaf Financial S, Po Box 3251, Evansville, IN 47731 |
| 14159216 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2021 05:28:00 | Soanb/Fbug, 745 Center Street, Milford, OH 45150-1324 |
| 14159218 | + Email/PDF: gecsedi@recoverycorp.com | Apr 01 2021 04:48:45 | Syncb/Cca, 950 Forrer Blvd, Kettering, OH 45420-1469 |

| 14159219 | + Email/PDF: gecsedi@recoverycorp.com | Apr 01 2021 04:59:07 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14159220 | + Email/PDF: gecsedi@recoverycorp.com | Apr 01 2021 04:48:44 | Syncb/Wolf Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14160173 | + Email/Text: bankruptcy@huntington.com | Apr 01 2021 05:29:00 | The Huntington National Bank, P.O. box 89424, Cleveland, OH 44101-6424 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank, FSB as servicer for Lakeview Loan S |
| cr | | Lakeview Loan Servicing, LLC |
| 14171442 | *+ | Acs/Brazos, 501 Bleecker St, Utica, NY 13501-2401 |
| 14171443 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14171445 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14171444 | *+ | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14171449 | *+ | Citizens Natl Bank Of, 110 W Court St, Paris, IL 61944-1735 |
| 14171450 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14171451 | *+ | Discover Personal Loan, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14171452 | *+ | Enterprise Recovery Sy, 840 S Frontage Rd, Woodridge, IL 60517-4900 |
| 14171456 | *+ | Gmac Mortgage, Po Box 4622, Waterloo, IA 50704-4622 |
| 14171457 | *+ | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14171446 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bp Prvt Lbl, Po Box 15298, Wilmington, DE 19850 |
| 14171458 | *+ | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14171459 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14171460 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14171461 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14171463 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, Po Box 3251, Evansville, IN 47731 |
| 14171462 | *+ | Second Round Lp, 4150 Friedrich Lane Suit, Austin, TX 78744-1052 |
| 14171465 | *+ | Syncb/Cca, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14171466 | *+ | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14171467 | *+ | Wffnatlbnk, Po Box 94498, Las Vegas, NV 89193-4498 |
| 14159215 | ##+ | Second Round Lp, 4150 Friedrich Lane Suit, Austin, TX 78744-1052 |

TOTAL: 2 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 4 of 4 |
| Date Rcvd: Mar 31, 2021 | Form ID: 408 | Total Noticed: 51 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lauren Moyer | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Flagstar Bank  FSB as servicer for Lakeview Loan Servicing, LLC ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Emily Williams ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8