**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Emily Williams** | Social Security number or ITIN  xxx–xx–9052 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–70002–JAD | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Emily Williams

<u>5/4/21</u>                                      **By the court:**    <u>Jeffery A. Deller</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 16-70002-JAD

Emily Williams                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                                           User: dkam                                              Page 1 of 4

Date Rcvd: May 04, 2021                                Form ID: 3180W                                     Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily Williams, 2080 Frankstown Road, Johnstown, PA 15902-4509 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14159186 | + | Acs/Brazos, 501 Bleecker St, Utica, NY 13501-2401 |
| 14159191 | + | Cap1/Bontn, Po Box 15221, Wilmington, DE 19850-5221 |
| 14159203 | + | Enterprise Recovery Sy, 840 S Frontage Rd, Woodridge, IL 60517-4900 |
| 14171453 | + | Enterprise Recovery Systems, 840 S Frontage Rd, Woodridge, IL 60517-4900 |
| 14159205 | + | FNB Consumer Discount Co., PO BOX 1205, Somerset, PA 15501-0353 |
| 14992421 | + | Flagstar Bank, FSB as servicer for Lakeview Loan S, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14171454 | + | Fnb Consumer Disc Co, 118 S Center Ave, Somerset, PA 15501-2055 |
| 14159207 | + | Gmac Mortgage, 3451 Hammond Ave, Waterloo, IA 50702-5345 |
| 14159206 | + | Gmac Mortgage, Po Box 4622, Waterloo, IA 50704-4622 |
| 15017157 | | Lakeview Loan Servicing, LLC, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14159213 | | Pa St Cu, 1 Credit Union Place, Harrisburg, PA 17110-2912 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 05 2021 02:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 05 2021 02:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2021 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14159187 | + | EDI: GMACFS.COM | May 05 2021 02:58:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14159188 | | EDI: BANKAMER.COM | May 05 2021 02:58:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14159192 | | EDI: CAPITALONE.COM | May 05 2021 02:58:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14159189 | + | EDI: CAPITALONE.COM | May 05 2021 02:58:00 | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14159190 | + | EDI: CAPITALONE.COM | May 05 2021 02:58:00 | Cap1/Berpl, 90 Christiana Rd, New Castle, DE |

Case 16-70002-JAD   Doc 67   Filed 05/06/21   Entered 05/07/21 00:42:33   Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0315-7 | User: dkam | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: 3180W | Total Noticed: 54 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 19720-3118 |
| 14163802 | | EDI: CAPITALONE.COM | May 05 2021 02:58:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14159197 | + | EDI: CITICORP.COM | May 05 2021 02:58:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14171448 | + | EDI: CITICORP.COM | May 05 2021 02:58:00 | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 14159198 | + | Email/Text: kent.glassburn@ffbt.com | May 05 2021 04:01:00 | Citizens Natl Bank Of, 110 W Court St, Paris, IL 61944-1735 |
| 14159199 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | May 05 2021 04:01:00 | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14159200 | + | Email/PDF: creditonebknotifications@resurgent.com | May 05 2021 03:26:46 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14159201 | + | EDI: DISCOVER.COM | May 05 2021 02:58:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14159202 | + | EDI: DISCOVERPL | May 05 2021 02:58:00 | Discover Personal Loan, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14159204 | + | EDI: BANKAMER.COM | May 05 2021 02:58:00 | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14171455 | + | EDI: RMSC.COM | May 05 2021 02:58:00 | GE Money Bank, PO Box 103104, Roswell, GA 30076-9104 |
| 14159208 | + | Email/Text: bankruptcy@huntington.com | May 05 2021 04:01:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14159209 | + | Email/Text: bankruptcy@huntington.com | May 05 2021 04:02:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14159193 | | EDI: JPMORGANCHASE | May 05 2021 02:58:00 | Chase - Pier 1, Po Box 15298, Wilmington, DE 19850 |
| 14159194 | | EDI: JPMORGANCHASE | May 05 2021 02:58:00 | Chase Bp Prvt Lbl, Po Box 15298, Wilmington, DE 19850 |
| 14159195 | | EDI: JPMORGANCHASE | May 05 2021 02:58:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14171447 | | EDI: JPMORGANCHASE | May 05 2021 02:58:00 | Chase Mortgage, Po Box 24696, Columbus, OH 43224 |
| 14159196 | | EDI: JPMORGANCHASE | May 05 2021 02:58:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14242257 | | EDI: JPMORGANCHASE | May 05 2021 02:58:00 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, Mail Code: OH-7142, Columbus, OH 43219 |
| 14201027 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 03:26:05 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14162309 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 03:26:48 | LVNV Funding, LLC its successors and assigns as, assignee of Springleaf Financial, Services Of Indiana, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14159210 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 03:26:05 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14159211 | + | EDI: MID8.COM | May 05 2021 02:58:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14159212 | + | Email/Text: bankruptcynotices@psecu.com | May 05 2021 04:02:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14164705 | | EDI: PRA.COM | May 05 2021 02:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14159214 | + | EDI: PRA.COM | | |

| District/off: 0315-7 | User: dkam | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: 3180W | Total Noticed: 54 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 05 2021 02:58:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14171464 | | EDI: AGFINANCE.COM | May 05 2021 02:58:00 | Springleaf Financial S, 2720 Old Route 220 N, Altoona, PA 16601 |
| 14159217 | | EDI: AGFINANCE.COM | May 05 2021 02:58:00 | Springleaf Financial S, Po Box 3251, Evansville, IN 47731 |
| 14159215 | + | EDI: SECONDROUND.COM | May 05 2021 02:58:00 | Second Round Lp, 4150 Friedrich Lane Suit, Austin, TX 78744-1052 |
| 14159216 | + | EDI: WFNNB.COM | May 05 2021 02:58:00 | Soanb/Fbug, 745 Center Street, Milford, OH 45150-1324 |
| 14159218 | + | EDI: RMSC.COM | May 05 2021 02:58:00 | Syncb/Cca, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14159219 | + | EDI: RMSC.COM | May 05 2021 02:58:00 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14159220 | + | EDI: RMSC.COM | May 05 2021 02:58:00 | Syncb/Wolf Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14160173 | + | Email/Text: bankruptcy@huntington.com | May 05 2021 04:02:00 | The Huntington National Bank, P.O. box 89424, Cleveland, OH 44101-6424 |
| 14159221 | + | EDI: WFFC.COM | May 05 2021 02:58:00 | Wffnatlbnk, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank, FSB as servicer for Lakeview Loan S |
| cr | | Lakeview Loan Servicing, LLC |
| 14171442 | *+ | Acs/Brazos, 501 Bleecker St, Utica, NY 13501-2401 |
| 14171443 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14171445 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14171444 | *+ | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14171449 | *+ | Citizens Natl Bank Of, 110 W Court St, Paris, IL 61944-1735 |
| 14171450 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14171451 | *+ | Discover Personal Loan, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14171452 | *+ | Enterprise Recovery Sy, 840 S Frontage Rd, Woodridge, IL 60517-4900 |
| 14171456 | *+ | Gmac Mortgage, Po Box 4622, Waterloo, IA 50704-4622 |
| 14171457 | *+ | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14171446 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bp Prvt Lbl, Po Box 15298, Wilmington, DE 19850 |
| 14171458 | *+ | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14171459 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14171460 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14171461 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14171463 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, Po Box 3251, Evansville, IN 47731 |
| 14171462 | *+ | Second Round Lp, 4150 Friedrich Lane Suit, Austin, TX 78744-1052 |
| 14171465 | *+ | Syncb/Cca, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14171466 | *+ | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14171467 | *+ | Wffnatlbnk, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0315-7 | User: dkam | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2021 | Form ID: 3180W | Total Noticed: 54 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 06, 2021              Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lauren Moyer | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Flagstar Bank  FSB as servicer for Lakeview Loan Servicing, LLC ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Emily Williams ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8