**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    EMILY WILLIAMS

            Debtor(s)

  Ronda J. Winnecour
        Movant
        vs.
  No Repondents.

Case No.: 16-70002 JAD

Chapter 13

Document No.: 64

FILED
5/4/21 11:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this __4th__ day of __May__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-70002-JAD

Emily Williams     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: dkam     Page 1 of 4

Date Rcvd: May 04, 2021     Form ID: pdf900     Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily Williams, 2080 Frankstown Road, Johnstown, PA 15902-4509 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14159186 | + | Acs/Brazos, 501 Bleecker St, Utica, NY 13501-2401 |
| 14159188 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14159191 | + | Cap1/Bontn, Po Box 15221, Wilmington, DE 19850-5221 |
| 14159203 | + | Enterprise Recovery Sy, 840 S Frontage Rd, Woodridge, IL 60517-4900 |
| 14171453 | + | Enterprise Recovery Systems, 840 S Frontage Rd, Woodridge, IL 60517-4900 |
| 14159205 | + | FNB Consumer Discount Co., PO BOX 1205, Somerset, PA 15501-0353 |
| 14159204 | + | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14992421 | + | Flagstar Bank, FSB as servicer for Lakeview Loan S, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14171454 | + | Fnb Consumer Disc Co, 118 S Center Ave, Somerset, PA 15501-2055 |
| 14159207 | + | Gmac Mortgage, 3451 Hammond Ave, Waterloo, IA 50702-5345 |
| 14159206 | + | Gmac Mortgage, Po Box 4622, Waterloo, IA 50704-4622 |
| 15017157 | | Lakeview Loan Servicing, LLC, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14159213 | | Pa St Cu, 1 Credit Union Place, Harrisburg, PA 17110-2912 |
| 14159221 | + | Wffnatlbnk, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14159187 | + | Email/Text: ally@ebn.phinsolutions.com | May 05 2021 04:01:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14159192 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 03:27:28 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14159189 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 03:26:45 | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14159190 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 03:27:28 | Cap1/Berpl, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 14163802 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 03:27:28 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14159197 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 03:26:49 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14171448 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2021 03:26:05 | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0493 |
| 14159198 | + | Email/Text: kent.glassburn@ffbt.com | May 05 2021 04:01:00 | Citizens Natl Bank Of, 110 W Court St, Paris, IL 61944-1735 |

Case 16-70002-JAD    Doc 68    Filed 05/06/21    Entered 05/07/21 00:42:33    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0315-7 | User: dkam | Page 2 of 4 |
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 51 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14159199 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | May 05 2021 04:01:00 | Citizens One Auto Fin, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14159200 | + | Email/PDF: creditonebknotifications@resurgent.com | May 05 2021 03:26:46 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14159201 | + | Email/Text: mrdiscen@discover.com | May 05 2021 04:01:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14159202 | + | Email/Text: dplbk@discover.com | May 05 2021 04:02:00 | Discover Personal Loan, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14171455 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 03:25:59 | GE Money Bank, PO Box 103104, Roswell, GA 30076-9104 |
| 14159208 | + | Email/Text: bankruptcy@huntington.com | May 05 2021 04:02:00 | Huntington National Ba, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14159209 | + | Email/Text: bankruptcy@huntington.com | May 05 2021 04:02:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14159193 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 03:26:44 | Chase - Pier 1, Po Box 15298, Wilmington, DE 19850 |
| 14159194 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 03:27:27 | Chase Bp Prvt Lbl, Po Box 15298, Wilmington, DE 19850 |
| 14159195 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 03:27:27 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14171447 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 03:26:44 | Chase Mortgage, Po Box 24696, Columbus, OH 43224 |
| 14159196 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 03:26:01 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14242257 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 03:26:01 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, Mail Code: OH-7142, Columbus, OH 43219 |
| 14201027 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 03:26:05 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14162309 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 03:26:48 | LVNV Funding, LLC its successors and assigns as, assignee of Springleaf Financial, Services Of Indiana, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14159210 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 03:27:31 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14159211 | + | Email/Text: bankruptcydpt@mcmcg.com | May 05 2021 04:02:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14159212 | + | Email/Text: bankruptcynotices@psecu.com | May 05 2021 04:02:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14164705 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 03:26:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14159214 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 03:27:30 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14171464 | | Email/PDF: cbp@onemainfinancial.com | May 05 2021 03:26:42 | Springleaf Financial S, 2720 Old Route 220 N, Altoona, PA 16601 |
| 14159217 | | Email/PDF: cbp@onemainfinancial.com | May 05 2021 03:25:59 | Springleaf Financial S, Po Box 3251, Evansville, IN 47731 |
| 14159216 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 04:01:00 | Soanb/Fbug, 745 Center Street, Milford, OH 45150-1324 |
| 14159218 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 03:27:25 | Syncb/Cca, 950 Forrer Blvd, Kettering, OH 45420-1469 |

| Recip ID | | | Date/Time | Recipient |
|---|---|---|---|---|
| 14159219 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 03:27:26 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14159220 | + | Email/PDF: gecsedi@recoverycorp.com | May 05 2021 03:25:59 | Syncb/Wolf Furniture, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14160173 | + | Email/Text: bankruptcy@huntington.com | May 05 2021 04:02:00 | The Huntington National Bank, P.O. box 89424, Cleveland, OH 44101-6424 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank, FSB as servicer for Lakeview Loan S |
| cr | | Lakeview Loan Servicing, LLC |
| 14171442 | *+ | Acs/Brazos, 501 Bleecker St, Utica, NY 13501-2401 |
| 14171443 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14171445 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14171444 | *+ | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 14171449 | *+ | Citizens Natl Bank Of, 110 W Court St, Paris, IL 61944-1735 |
| 14171450 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14171451 | *+ | Discover Personal Loan, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14171452 | *+ | Enterprise Recovery Sy, 840 S Frontage Rd, Woodridge, IL 60517-4900 |
| 14171456 | *+ | Gmac Mortgage, Po Box 4622, Waterloo, IA 50704-4622 |
| 14171457 | *+ | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 14171446 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bp Prvt Lbl, Po Box 15298, Wilmington, DE 19850 |
| 14171458 | *+ | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14171459 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14171460 | *+ | P S E C U, 1500 Elmerton Ave, Harrisburg, PA 17110-2990 |
| 14171461 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14171463 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, Po Box 3251, Evansville, IN 47731 |
| 14171462 | *+ | Second Round Lp, 4150 Friedrich Lane Suit, Austin, TX 78744-1052 |
| 14171465 | *+ | Syncb/Cca, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14171466 | *+ | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14171467 | *+ | Wffnatlbnk, Po Box 94498, Las Vegas, NV 89193-4498 |
| 14159215 | ##+ | Second Round Lp, 4150 Friedrich Lane Suit, Austin, TX 78744-1052 |

TOTAL: 2 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-7 | User: dkam | Page 4 of 4
Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 51

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Kristen D. Little | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lauren Moyer | on behalf of Creditor Lakeview Loan Servicing  LLC ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Flagstar Bank  FSB as servicer for Lakeview Loan Servicing, LLC ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Emily Williams ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8